IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BARKER, | No. 2:16-CV-0165-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| BOARD OF PAROLE HEARINGS, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for discovery (Doc. 9). For the reasons outlined in the court's February 17, 2017, findings and recommendations, the court finds that petitioner's claims are all subject to dismissal. Therefore, further discovery in this matter would be futile.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for discovery
2  (Doc. 9) is denied.

 DATED: March 2, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE